UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

—————

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05-cr-218 |
| | ) | |
| v. | ) | Honorable Robert Holmes Bell |
| | ) | |
| CHRISTOPHER O'NON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on March 7, 2006, after receiving the written consent of defendant and all counsel.  At the hearing, in exchange for the undertakings made by the government in the written plea agreement, defendant Christopher O'Non entered a plea of guilty to Counts Three and Five of the First Superseding Indictment.  Count Three charges the defendant with maintaining a drug establishment at 8860 Donner Road, Suttons Bay, Bingham Township, Leelanau County in violation of 21 U.S.C. § 856.  Count Five charges the defendant with distribution of marijuana at 1045 State Street, Traverse City, Michigan, within 1,000 feet of Oak Park Elementary School, a public elementary school in Traverse City, Michigan, in violation of 21 U.S.C. § 860.  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the

plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts Three and Five of the First Superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.  It is further recommended that defendant remain detained pending sentencing.  Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge.

Date: March 7, 2006                               /s/ Timothy P. Greeley
                                                  TIMOTHY P. GREELEY
                                                  United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).